UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE VALDOVINO-NOGUEDA,<br><br>Defendant. | 2:12-cr-00207-GMN-CWH<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for January 10, 2013 at 8:30 .am., be vacated and continued to  January 24, 2013, at the hour of  10:00   a .m.

DATED this  4th  day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE